UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RENEE K. PORTER f/k/a Renee Dubinski,

    Plaintiff,

v.                                          Case No. 13-C-1314

CITY OF NEENAH, JOHN WILKINSON,

    Defendants.

## ORDER VACATING EXTENSION

On December 29, 2014, Plaintiff filed a second motion requesting an extension of the discovery deadline in the above matter. Although the motion was not supported by factual evidence, Plaintiff represented in the motion that her request was unopposed by Defendants. Based upon this representation, the Court granted the motion. Defendants have now filed a Motion for Reconsideration on the ground that Plaintiff misrepresented their position. Defendants deny that they indicated no opposition to Plaintiff's motion. Based upon the foregoing, the extension is hereby vacated and the Clerk is directed to set this matter on the Court's calendar for a telephone hearing on Plaintiff's motion for an extension of time and to modify the schedule in the above matter.

**SO ORDERED** this   31st   day of December, 2014.

                                                s/ William C. Griesbach
                                                William C. Griesbach, Chief Judge
                                                United States District Court